# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

U.S.A. vs. CURTIS L. BYRD            Docket No.  2:01CR20325/01; 2:01CR20332

### Petition on Probation and Supervised Release

COMES NOW  Willie S. Williams, Jr. , **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of  Curtis L. Byrd , who was placed on supervision by the Honorable  Samuel H. Mays, Jr.  sitting in the Court at Memphis, TN , on the 17th day of January, 2003 , who fixed the period of supervision at  three (3) years* , and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the Probation Office for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer.

2. The defendant shall provide the Probation Officer access to any requested financial information.

3. The defendant shall seek and maintain lawful full-time employment, except that the defendant shall not hold employment involving financial and/or credit services, or in any mortgage-related business.

4. The defendant shall pay a $1,000.00 fine in regular monthly installments of not less than ten percent (10%) of his gross monthly income.

\*  **Effective Date of Supervision: May 6, 2004**
\*\*  **The defendant was re-sentenced on September 10, 2004. He was credited with eight (8) months toward Supervised Release term.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Curtis L. Byrd's overall response to supervision has been satisfactory, with the exception being his failure to pay his fine in full. Mr. Byrd's lack of stable employment is believed to be the primary reason for his inability to satisfy this condition. To date, a total of $501.24 has been paid toward the fine. The outstanding balance is $498.76.

**PRAYING THAT THE COURT WILL ORDER** that Mr. Byrd's Probation be allowed to terminate as scheduled on September 5, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of the fine.

### ORDER OF COURT

Considered and ordered this 23rd day of August, 2005, and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Samuel H. Mays, Jr.

Respectfully,

Willie S. Williams, Jr.
Senior United States Probation Officer

Place:  Memphis, Tennessee

Date:  August 22, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:01-CR-20332 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Curtis L. Byrd
FPC-FORREST CITY
P.O. Box 8000
Forrest City, AR 72336

Honorable Samuel Mays
US DISTRICT COURT